STEPHEN O. GIBBS ET AL. v. SAMUEL ANTHONY.

Where there was neither statement of facts, bill of exceptions, nor assignment of errors, the judgment was affirmed.

ERROR from Kaufman.   The case was tried before Hon. REUBEN A. REEVES, one of the district judges.

---

---

No history of the case is necessary, since there was no point decided.

*Danly, Roberts, Clark & Rushing,* for plaintiffs.

*Robertson & Herndon,* for defendants in error.

Latimer, J.—In this case, there being neither statement of facts, bill of exception, nor assignment of error, the judgment is

Affirmed.